

T (516) 280-3008
F (212) 656-1845
www.BellLG.com

May 3, 2019

**VIA ECF**

Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:    Dave DeBono, et al v. Riverview Restaurant, Inc., et al**
> **Index No. 17-CV-3995 (RJD)(CLP)**
> **Addendum to Cheeks Letter previously submitted**

In addition to the Cheeks letter previously submitted and heard before this court on the 10th day of April, 2019, Plaintiff's provide an addendum to a) provide a further detailed breakdown of the settlement and b) to further validate the legal fees and expenses.

## DAMAGES CALCULATION

The underlying case settled for a total amount of $100,000.00.  The settlement was structured to allow defendant to pay over a period of time six (6) separate payments as set forth in the settlement agreement and Cheeks letter.

Plaintiff's counsel represents four (4) individual plaintiffs.  Plaintiff DAVE DEBONO asserted a claim seeking $48,748.70 in damages.  Plaintiff has agreed to accept twenty-two and a half (22.5%) percent of the total settlement, after legal fees and expenses.  Plaintiff BILGUUN GANKHUYAG, asserted a claim seeking $25,085.40 in damages.  Plaintiff has agreed to accept twelve (12%) of the total settlement, after legal fees and expenses.  Plaintiff AMALENDU SIKIDAR asserted a claim seeking $111,501.46 in damages.  Plaintiff has agreed to accept fifty-two (52%) of the total settlement, after fees and expenses.  Plaintiff GERARDO TURTULA asserted a claim seeking $29,589 in damages.  Plaintiff has agreed to accept thirteen and a half (13.5%) of the total settlement, after legal fees and expenses.

## EXPENSES

The expenses on the case total $700 dollars, which includes filing fees and service of process.

1



T (516) 280-3008
F (212) 656-1845
www.BellLG.com

## LEGAL FEES

Plaintiffs' was retained on a 33% contingency fee retainer and took track of the hours that were spent litigating the case. Regarding the hourly rate, given Plaintiff's counsel's significant experience representing plaintiffs in New York in wage and hour litigation, Plaintiff's counsel was able to obtain an excellent result with relatively low time and expense. A brief biography of the attorney who performed substantial work in this matter is as follows:

> Brian Bodansky is a mid-level associate with the law firm of Bell Law Group, PLLC, and has been in practice since 2013. Throughout Mr. Bodansky's career, he has worked primarily on plaintiff-side employment litigation, with a focus on wage and hour issues. He has handled numerous wage and hour and discrimination disputes, the vast majority of which have resulted in settlement, and has co-counseled a trial regarding FLSA and NYLL claims in the Eastern District of New York

Mr. Bodansky did ninety seven hours of work on this matter, which included motion practice and discovery prepared and provided on behalf of four plaintiffs. His hourly rate billed was at a reduced rate of $300.00 per hour. The total legal fee if calculated at a reduced hourly rate equals $29,160.00.

The clients agreed to pay our firm the contingent thirty three percent, a rate that is substantially similar to what our bill would have been if we handled the case using an hourly rate.

The clients further agreed to permit the firm to take the $700.00 in expenses out of the first check and to further take our 33% contingent fee within the confines of the structure over the course of the six (6) payments. Our firm and client believes this method is fair and reasonable to the clients and allows our clients to collect their pro rata portion of the settlement with through each step of the structure.

Should Your Honor have any questions or concerns regarding this settlement, the Parties are happy to address them. The Parties thank the Court for its attention to this matter.

Respectfully submitted,

BELL LAW GROUP, PLLC

_____/s/_____
Darryn Solotoff, Esq.



T (516) 280-3008
F (212) 656-1845
www.BellLG.com

Attorneys for Plaintiff
100 Quentin Roosevelt Blvd.
Suite 208
Garden City, NY 11530
Tel: 516-280-3008
Fax: 516-706-4692
ds@belllg.com

3